SCWC-13-0000184

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MOANA KEA KLAUSMEYER-AMONG, ROBERT PALMER, and JASON ELLIS,
Petitioners/Plaintiffs-Appellants,

vs.

HONOLULU CITY COUNCIL, and CITY AND COUNTY OF HONOLULU,
DEPARTMENT OF PLANNING AND PERMITTING,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000184; CIV. NO. 12-1-1480)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Chang, in place of Acoba, J., recused)

Petitioners/Plaintiffs-Appellants' Application for Writ

of Certiorari, filed on February 26, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 9, 2014.

| | |
|---|---|
| Moana Kea Klausmeyer-Among, | /s/ Mark E. Recktenwald |
| Robert Palmer, and | |
| Jason Ellis | /s/ Paula A. Nakayama |
| (pro se) | |
| | /s/ Sabrina S. McKenna |
| Donna Y.L. Leong, | |
| Don S. Kitaoka, and | /s/ Richard W. Pollack |
| Brad T. Saito | |
| for respondents | /s/ Gary W.B. Chang |

